UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEFFREY ROBERT KLATUSH,

        Defendant.

CASE NO. 3:18CR05371RJB-001

PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATION OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a hearing on December 31, 2018 on a charge that defendant violated the conditions of his supervised release. The United States was represented by Andrew Colasurdo, and defendant was represented by Michael Filipovc, Federal Public Defender. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on October 4, 2018 on a charge of possession of heroin. The Hon. Robert J. Bryan of this court sentenced defendant to time served, followed by one year of supervised release.

## ALLEGED VIOLATION AND DEFENDANT'S ADMISSION

In an application dated December 13, 2018, USPO Angela M. Peru alleged that defendant violated the conditions of supervised release in the following respect: he failed satisfactorily to participate in the program at a residential reentry center by failing to return to the facility as required on December 13, 2018. As a result, defendant was terminated from the program.

I advised defendant that he was entitled to an evidentiary hearing on this charge, and that the United States had the burden of proof as to the alleged violation. But he waived his right to such a hearing, admitted the alleged violation, and consented to have the revocation matter set for disposition before Judge Bryan. That hearing has been set for January 11, 2019, at 10:00 a.m. before Judge Bryan in Tacoma.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the manner alleged, and conduct the disposition hearing. Defendant has been detained pending a final determination by the court.

DATED this 31st day of December, 2018.

JOHN L. WEINBERG
United States Magistrate Judge